UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK SPANN,

Plaintiff,

-against-

CAPTAIN ROMANA,

Defendant.

26-CV-5483 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued August 12, 2026, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for the reasons stated in the August 12, 2026 order (ECF 6).

SO ORDERED.

Dated: October 23, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.